**ELLEN S. BOWMAN**
Nevada Bar No.  12118
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Phone: (702) 727-1400; Fax: (702) 727-1401
Ellen.Bowman@wilsonelser.com
*Attorneys for Defendant TECHTRONIC INDUSTRIES FACTORY OUTLETS, INC. and HOME DEPOT U.S.A., INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARTY WEED, an individual,<br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>TECHTRONIC INDUSTRIES FACTORY OUTLETS, INC. dba RYOBI TOOLS USA, a Foreign Corporation; HOME DEPOT U.S.A., INC. dba THE HOME DEPOT, a Foreign Corporation; DOES 1 through 25,inclusive; and ROE CORPORATIONS 1 through 25, inclusive;<br><br>　　　　　　　　　　Defendant(s). | Case No.:   2:21-cv-01961-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TECHTRONIC INDUSTRIES FACTORY OUTLETS, INC. AND HOME DEPOT U.S.A., INC. TO SUBMIT AN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND (First Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff MARTY WEED, by and through his counsel of record, Kyle Tatum of ACE LAW GROUP and Defendants TECHTRONIC INDUSTRIES FACTORY OUTLETS, INC. dba RYOBI TOOLS USA and HOME DEPOT U.S.A., INC. dba THE HOME DEPOT, LLC, by and through their counsel of record, Rosario M. Vignali and Ellen S. Bowman of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, as follows:

1. Plaintiff filed a Motion To Remand on November 23, 2021 [ECF No. 11].
2. Defendants counsel will be out of town during the time to oppose the Motion and further needs additional to time to discuss Plaintiff's Motion with the clients.
3. The current deadline for Defendants to submit their opposition is December 7, 2021.

261572888v.1

4. The parties have stipulated to extend the deadline two weeks, making the new opposition deadline, Tuesday, December 21, 2021.

**IT IS SO STIPULATED.**

Dated this __29th_ day of November, 2021.        Dated this _29th_ day of November, 2021.

| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | KANG & ASSOCIATES, PLLC<br>ACE LAW GROUP |
|---|---|
| */s/ Ellen S. Bowman*_____<br>ELLEN S. BOWMAN<br>Nevada Bar No. 12118<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, NV 89119<br>*Attorney for Defendants* | */s/ Kyle Tatum*_____<br>KYLE TATUM<br>Nevada Bar No. 13264<br>6480 W. Spring Mountain Rd., Ste 1<br>Las Vegas, NV 89146<br>*Attorney for Plaintiff* |

## **ORDER**

Upon stipulation of the parties, and for good cause appearing, IT IS HEREBY ORDERED that the deadline for Defendants to submit their opposition to Plaintiff's Motion to Remand is extended to Tuesday, December 21, 2021.

**IT IS SO ORDERED.**



_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 29th day of November, 2021.

261572888v.1